App. Div.]                 First Department, April, 1912.

Margaret Blewitt, Appellant, v. Roger S. Hart and Others, Respondents. — Order affirmed, with costs. No opinion.

Emile G. Des Jardins, Respondent, v. Walter B. Hotchkin and Joseph H. Stoppani, Copartners Composing the Firm of Stoppani & Hotchkin, Appellants.— Judgment affirmed, with costs, on opinion in 142 Appellate Division, 845.

The People of the State of New York, Respondent, v. James M. De Pretis, Appellant.— Judgment and orders affirmed. No opinion.

George B. Wix, Respondent, v. Sherwood M. Hard, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Franta Wackar, Respondent, v. The New York Edison Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Augusta S. Sternberger, Appellant, v. Bernard Perlmutter, Respondent. — Judgment affirmed, with costs. No opinion.

Abraham Yuseff, Plaintiff, v. Butler-Butler, Incorporated, Defendant. — Submission dismissed, without costs. Order to be settled on notice.

The People of the State of New York ex rel. Edward L. Tierney, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

John Riley, Respondent, v. Oliver & Burr, Appellant.— Judgment and order affirmed, with costs. No opinion.

Edward Tracey, Respondent, v. Oliver & Burr, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry Corn, Respondent, v. Samuel Bergmann and David Turkel, Composing the Firm of Bergmann & Turkel, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Giuseppe Angalome, Appellant.— Judgment affirmed. No opinion.

Joseph A. Didier, Respondent, v. Frank C. Clark, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Clarke, J., dissenting.

The People of the State of New York, Respondent, v. Jacob Hofmann, Appellant, Impleaded with Elise Hofmann.— Judgment affirmed. No opinion.

Max Davidson, Appellant, v. Equitable Life Assurance Society of the United States, Respondent.— Judgment affirmed, with costs. No opinion.

Amelia Salomon, Appellant, v. Joseph Salomon, Respondent.— Judgment affirmed. No opinion.

Hazlitt A. Cuppy, Respondent, v. Stollwerck Brothers, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Annie Florence Cross, Respondent, v. Ferdinand L. Cross, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. McLaughlin and Scott, JJ., dissenting and voting for reduction of alimony to sixty dollars per month.

Milton Berlinger and Simon P. Hamelburger, Appellants, v. Dwight